HUNT *v.* THE STATE.

FISH, C. J. The exceptions to the charge are without merit. The alleged newly discovered evidence was not of such character as would likely produce a different result upon another trial. The venue was sufficiently proved. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*
No. 574. JUNE 15, 1918.

Indictment for murder. Before Judge Howard. Talbot superior court. August 11, 1917.

*McGehee & McGehee, J. H. McGehee,* and *George C. Palmer,* for plaintiff in error.

*Clifford Walker, attorney-general, C. F. McLaughlin, solicitor-general,* and *M. C. Bennet,* contra.